IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA HERNANDEZ, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 13-287 |

### ORDER

**AND NOW**, this 15th day of October, 2013, upon consideration of Defendant Amtrak Corporation's Motion for Summary Judgment (Docket No. 14), Defendant the City of Philadelphia's opposition thereto, Plaintiffs' Cross-Motion for Order Remanding Action to State Court (Docket No. 16), to which no response has been filed, and all documents submitted in connection with both Motions, **IT IS HEREBY ORDERED** as follows:

1. Amtrak's Motion for Summary Judgment is **GRANTED.**

2. **JUDGMENT IS ENTERED** in favor of Amtrak and against Plaintiffs and the City of Philadelphia on Plaintiffs' claims and the City of Philadelphia's cross-claim, respectively.

3. Plaintiffs' Cross-Motion for Order Remanding Action to State Court is **GRANTED**.

4. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.